WILLIAM A. HYMAN, Respondent, *v.* MARTHA DEVINE et al., Appellants.

Argued November 18, 1946; decided January 9, 1947.

794

*William J. Cahill* for appellant.

*Harold R. Medina* and *William Gilbert* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.